Stephen Kline
5381 Beaumont Lane
Macungie, PA 18062

January 3rd, 2026

Dear Judge Lamberth,

    I appreciate you taking the time to read my letter and listen to my story of how I've gotten to this moment in my life. First and foremost I would like to let you know that I accept full responsibilty for the crime I've commited. I understand the seriousness of what I've done, and I know that there is no excuse or justification that could make things right. Therefore I am ready to be held accountable for my mistake. Please understand that I am honestly sorry for what I've done and that is was truly a mistake, a lapse in judgement, and not in any way a true indication of my character.

    The transition to jail was very hard for me at first. I've never been in any legal trouble before, and strived to live a good respectable life. The time here has given me ample opportunity to reflect on my life and how all of this unfolded. What I learned about myself was something that was eye opening and hard to admit. I was depressed and turned to Internet pornography as a coping mechanism, that very closely mirrored an addiction.

    The few months prior to my arrest I was in a dark place in my own mind and the scary part was, I didn't even realize how bad it was. You see I had terrible thoughts of being unloved and unwanted by my family. The stress of life and the struggle of raising teenagers in this modern world didn't help the feelings and thoughts in my mind. I began to withdraw from all my friends and even most of my family, and I had little desire to be social or engage in the things that I once loved. I had even reached out to get therapy, which helped for a while, but because I attended based on the notion that I had a problem with stress and anxiety, the helpfulness began

to wear off. Once again my life got in the way, Spring sports, weekends at the beach, family vacations, and numerous back to back work trips led to the end of my therapy sessions. I then spent too much time alone and sad, often wondering if my life was worth living or if everyone would be better off without me.

    This is when I found a new way to cope with my depression and the lack of love and compassion in my life. I did what a lot of other men and women do and turned to internet pornography. It started out innocent and "normal" at first, which I told myself millions of others practiced. I began to use it more and more frequently, sometimes multiple times a day, and then eventually at inappropreate places such as work. This is about the time I began to meet a few people online that had similar lifestyles, family situations, and feelings that I had. It was great at first to connect with people that I related to and didn't have to feel ashamed to talk to. It eventually turned very badly when someone introduced me to the distusting ways of my crime. I resisted for a while but as my depression and inability to cope grew stronger, I no longer resisted. I was always feeling guilt and shame, often phyiscally sick to my stomach. This only made my depression worse and I withdrew from people more and more without jeoprodizing my work and family. I tried to stop many times, but never made it more then a week, without turning back. It was the connection with others that I missed the most. It was all a visious cycle that just repeated over and over again, but again I wasn't aware that I really had that big of a problem.

    July 2nd, 2025 was a day that changed my life forever! It was the day I got arrested and said goodbye to life as I've known it. In a blink of an eye I watched my marriage, my family, my friends, my career, my house, and almost all of my possessions fall apart and eventually dissapear. All that being said, I do not regret getting arrested at all. This was the beginning of something new and it was most definitely something I needed. In the first few days alone

and scared in jail, I thought over every aspect of my life. I didn't know where to turn or what to do until I saw a Bible. I picked it up and started reading, I couldn't stop reading, and I started to pray for forgiveness and for hope for my future. It was a few days later a fellow inmate invited me to church service. I hesitantly accepted and soon realized that this particular service was holy communion. It was that night July 13th, that I formally asked God for forgiveness. I confessed all my sins and was born again to Jesus Christ. I stood in the back of the room and cried my eyes out as I realized how wrong I've been living my life and how I've let myself stray from the Lord. It was the early hours of the very next morning that I was transfered from Philadelphia to Northern Neck.

When I arrived at Northern Neck, I learned to believe that everything happens for a reason and God had put me in this situation for a purpose. I promised myself and God, that I wasn't going to waste this opportunity and come out of it a new, better, and stronger person than I ever was before. There weren't many things for a new inmate to focus on here, but I found another life changing book called "Houses of Healing", by Robin Casarjian. This book taught me so many things and how to deal with each emotion I was struggling with. I learned about self-forgiveness, dealing with my guilt and shame, meditation, and processing my feelings, including anxiety and fear. However the most important thing this book showed me was uncovering and dealing with my past childhood trauma. I had a very difficult childhood, that I tried to forget all about. I never processed the feelings or even knew they existed inside of me. The book had me do an exercise of writing a letter to my inner child, this opened the flood gates of memories and feelings I had long forgotten. My mother whom I lived with most of the time had a pretty big problem with drugs. It lasted for many years of my childhood from ages six through thirteen when I decided I had enough and moved in with my father. During these younger years I watched my mom get phyiscally abused multiple times, I was taken into the projects, left in

the car alone or taken into drug houses, and left home alone in the middle of the night while she bought drugs. She tried multiple times to get clean, she went to many different rehabs, bouncing me around from house to house, staying with grandparents and step parents who didn't like me. This is where my feelings of being unwanted and unloved started. This is only a small piece of the things I experienced, experiences no child should ever have to see or feel. The book helped me process all these feelings and I eventually wrote a letter to my mom, explaining everything and ultimately forgiving her for everything. She cleaned herself up very well, but years later turned to alcohol. This time I was 21 years old and I had to take responsibility for her. I drove her to and dropped her off at yet another rehab facility. Thankfully this was the final time, she cleaned up for good! Unfortunately this wasn't all the trauma in my life, a few years ago I lost my little brother to a drug overdose. I carried a large amount of guilt over this because the last time I spoke to him was two years before when I kicked him out of my house for lying and stealing from me. This book also taught me how to deal with that guilt and grief. I eventually wrote him a letter to apologize. The book has played a tremendous role in my rehabilitation.

 Shortly after arriving at Northern Neck, I signed up for their addiction recovery classes. We met weekly and went through the 12 step program. It's been very helpful in understanding addictions and coping mechanisms, while working with a group. Although I've been too scared to share the who extent of my own struggles with the entire group. I looked forward to this class every week and I am happy to say I have graduated a few weeks ago. After a month of being here they gave me a tablet to use. This also has been monumental in my rehabilitation. I enrolled in every recovery course I could find. Each one taught me something new! I've done a holistic one, that incorporates all aspects of my life. I've done a religious one that tied to the Bible and strengthened my relationship with God at the same time, but the most beneficial one

all of that I want live out my true calling, which I believe is to help others. I want to help men and women with their sex and pornography addictions, with the help and leadership of small groups and sponsership. I want to bring more awareness to how pornography can lead to addiction, and the horrible crime that sometimes, like in my case follows. I want people to know how destructive it can be to their lives, loved ones, and the victims. I've started to outline for a book, that I'd like to write about my journey and how others can avoid this same path I am on. I would also like to provide support for men's health, specifically middle-aged fathers who struggle with their mental health and feelings of being inadequate. Through all of this I've seen the need to bring more help to jails, so I'd like to somehow bring support and the word of God to these men, through mission trips to jails or some online method such as podcasts. I really think I can make a difference in the world, even if it's just a few people that don't have to follow my path or can save themseleves from a life they don't want.

    I would like to thank you again for taking the time to read my letter. I am truly sorry for all the hurt and pain I caused my family and everyone else involved. I would like to promise myself and you that I will continue to grow everyday and make a positive change in myself and others around me. I vow to stay out of trouble and to absolutely never repeat this horrific crime or any others again. This has been a true wake up call for me and I don't want to let my family or God down again. I ask you to please look at me for more then the crime I commited, and see the person I strive to become. Please your honor help me to get home to my kids, to show them that a person can truly change given a second chance. I ask you for that second chance to prove to you, myself, and God that I can still be a positive role-model for my kids and others who struggle with similar struggles. The last thing I want is for this to impact my children now and in their futures. I am ready to accept full accountability for my actions, and I know

has been "The freedom fight", which is also faith based but specifically engineered for sex and pornography addictions. It has taught me amazing ways to deal with the temptations. And the exercises that I practice both daily and weekly to avoid falling backwards, these exercises have become part of my daily routine and are extremely helpful. I've referred this course to many other inmates, whom all agree with the positive results. At the end of the course they talk about a certification that can be had to teach this course to small groups, this is something I am very interested in doing in the future. I've taken many other mental health courses as you can see from the transcripts provided by Mrs. Peterson. These courses were about self-awareness, character strength building, gratitude, inner peace, mindfulness, CBT, and more. I really enjoyed taking all the courses and include many things from each one into my daily life, to continue to improve myself. Again I tell you I want to make a real change in my life, and I fully believe that I already have. This is evident to me in my peace with the whole situation as well as my newfound ability to process all my feelings and emotions in a healthy way. I've had quite a few family members tell me that they notice a significant change in the person I have become since I've been arrested. I've been staying commited to God, by praying, reading the Bible, attending Bible study group everynight, and enrolling in many religous courses on my tablet. I've really enjoyed nightly Bible study with the group of men here in my housing unit, and I've even got the opportunity to lead group every few nights.

  I believe that I've received my true calling through all of this and God put me here to figure it out. I've been working on goals and a plan for when I am eventually released. I plan to stay very focused and on track by attending recovery group meetings, mental health therapy, and being involved in my local church. I want to rebuild my life with my parents and children who support me. I want to focus on myself for once, instead of forgetting about me while trying to make everyone else happy. I want to ~~rebuild~~ enjoy, be grateful, and be present for all the little moments and blessings God gives me. While I do

in my heart that, I have full faith in God, and if you serve that same God that I do, everything will work out alright and according to his plan!

"And we know that in all things God works for the good of those who love him, who have been called according to his purpose." - Romans 8:28

Sincerely yours,

*Stephen R. Kline* (signature)

Stephen Kline

"Therefore if anyone is in Christ, the new creation has come: The old has gone, the new is here!" - 2 Corinthians 5:17