To Judge Lamberth:        12/20/2025
      My name is Linda Fosburg,
And I am Stephen Kline mother.
      I am in recovery for 29 years.
He wrote me a letter when he
got to jail.
      He told me how he felt scared
And unloved. Most of his childhood
He wished he would have had a
mom that was there for him.
      It broke my heart, but it
helped him heal, to talk about it.
      Since he has been in jail, he has
changed completey. He has put his
faith in God and realized how his
actions infected everyone.
      He is a wonderful father, but
he will be a amazing one, when he
returns home to his sons. He always
took care of his family. He has learned
so much And I proud to call him my
son. I will support him now and always.
      What ever it takes, you never stop
being a mom. I hope and pray that

his sons, LANdon ANd pARKER will
not go through what he did for long.
Thank you letting me write you!

Linda Fosburg