①

9/6/2025

Dear Man,

I am writing this letter to you because you asked me too and I hope that it will help me let go of the pain from the past and help me heal. Please don't think I blame you for anything, that's not what this is about, I don't want you to feel guilty or responsible for anything. That is why I was reluctant to say anything to you, because I know how you are, you are like me. I understand everything you were going through in a whole new light now. That is why there are no hard feelings or blame. Please Please understand that. You've done so much for me and you continue to be my biggest fan and support, and I appreciate all of it. I pray everyday that GOD will give me the chance to repay you, not only money but emotionally as well.

My childhood wasn't as bad as others and it could have been so much worse. I am thankful that you always kept me in mind even through your struggles and addiction. You still managed to give me the most important thing a child needs, and that is LOVE! You always loved me and you always told me, so I never lacked that. With what little we had you also always found time to play with me and keep me happy. I still remember all the times we used to play cars, play secuertary, go on adventures, and go fishing. Thank you for all of that, these memories and love is what kept things from getting worse.

What I didn't have was safety and stability. I spent so much time being scared, scared of what was happening, scared of what was going to happen to me and you, and scared of the unknown. I didn't realize I had these feelings or memories until I started to read this one book. The book honestly changed my life, it has taught me so much, I think its something you should read yourself, it may help you get passed some of the things you delt with as a child also. The book is called "Houses of Healing" by Robin Casarjian.

over →

I look back at my childhood and try to relate it to my kids, Parker is the age where most of my bad memories started, and Landon is the age where most of it finished, the beginning of the end so to say. It breaks my heart to think of them going through all the things I did, and while I wasn't the best father in the world I'm glad I've given them a good life, at least up until now. I really hope I didn't ruin their lives too much.

  The earlist memories I have are you telling me we were leaving dad's house and moving to an apartment. I still remember that day, you picked me up from Pre-school/daycare and asked If I would like to get an apartment, I thought you were talking about a tent in the basement, because I had a house tent in the basement and I loved it. I don't remember too much in the powder mill apartments, I can't really remember what it looked like inside. I think most of the bad memories started when we moved into Tim's house. I can't remember a single good time or single time we did anything together. I remember the house very well and remember the school down the street. I can't remember anything we did as a family or even much you and I did alone. I remember feeling very lonely during those times. I was in 1st grade, so Parker's age. What I remember the most is all the times you and him fought and I was so scared, I cried all the time and I hated it. I remember you sneaking over to the neighbor across the street to buy drugs, and my most hurtful memory was watching him beat you. I was only 7 years old and I very specifically remember seeing him hit you. I think it's a memory I will never forget. I was so scared and alone, I didn't know what to do or think. I remember Tim making us all go to the police station and having something tested and you and him arguing the whole time. I am so glad my children never had to experience any of that.

I remember you going away to rehab the first time, when you went to rit-chat. I didn't understand why you left me and why I couldn't see you. I remember staying with Tim's parents for a while, I'm not sure why, but then I remember moving to dad's house in the middle of the school year. I was so lost and confused about what was happening to me. I remember feeling so unwanted and unloved because of the way Crystal treated me, I felt like I didn't belong anywhere. I missed you so much and with Richard being a baby, I didn't get much attention at all, no one played with me like you did, and I didn't have the same kind of love that you gave me. It breaks my heart to know Parker is this exact age and I really hope he doesn't have any of those feelings. I remember having accidents in my pants all the time, I believe it was my way of getting any attention I could get, even if it was negitive or I got spanked. I didn't care!

I remember moving into our apartment on South 2nd Street, you and I were alot closer then, I remember a lot of good times in the beginning, doing things, playing, going to the pool, and more. But then things changed to bad again, I remember you once again, getting abused by Bob. I remember the cops coming to our apartment many times. I remember being scared watching you get hit, I thought I was going to get hit too, so I ran and I cried in another room. I remember being scared that the police would take you away and I would be alone again. I remember the time we went to philadelphia with Bob and you got into a fight, we took his truck and you hit him with it before we drove off. I remember being scared the whole time that the police were going to get us and we were going to go to jail.

I think after that is when things really started to get bad, at least my memories started to get worse. I remember driving into the projects sometimes at night, and you leaving me in the car alone to go get drugs. I was so scared being left in the car all alone, in a strange place. I remember turning up the radio, locking the doors, and hiding on the floor, waiting for you to come back. I remember this

over →

happening quite often. Eventually you started to take me into the peoples houses while you bought drugs. I remember being so scared when we went into the projects, I hated it so much. I didn't know everything but I knew a lot of what was going on, and I was only 8 or 9. About this time is when you started to leave me so you could go get drugs or get high. I remember a few times you leaving me with some lady that sold candy, I remember sitting at her kitchen table while you left and waiting for you to come back. I was scared and alone. I remember you leaving me at stores, CAL-DOR and a baseball card shop, at first I thought it was fun, but I remember being scared all alone in the store, I was scared to go into the bathroom alone and you weren't there. I was scared someone was going to ask me where you were or what I was doing all alone. Then I remember seeing Grandma Polly and Uncle Rick in the store and I had to lie so that you and I wouldn't get in trouble. After we lost our car I remember waking up to you not being home, and being scared and running back to bed and crying under the covers until I fell back asleep. On another occasion I remember being woken up by police officers shining flashlights on me, and acusing you of leaving not paying for a taxi, which meant that you had left me alone again. I remember one time you and Lenny left me at Toys'-R-Us for a period of time, I remember you bribbing me with being able to buy a toy. During all these times I remember being alone, scared, and unwanted.

Then came the period of stealing and lying. I remember spending time in the Emmaus library while you forged documents to look like you had cancer. In the beginning I was sad because I remember people talking about you being sick, like grandma and people at church. I didn't want anything to happen to you or want you to die. Then I remember you asking me to help you make reciepts and pill bottles to keep your lie going. I remember going to stores to buy things with grandma's credit card, and you trying to make it better by allowing me to get things too. I believe I was 9 or 10 during this time. I remember being self-concensous at school because I didn't have lunch money or good clothes or all the things the other kids had. I remember my bike and Gameboy going missing, but figured out where they went later on.



I remember not having a good time in school, I didn't have the support at home to help me with my homework or study for tests. I remember failing a lot of my spelling tests because I never studied for them. I remember missing lots of days of school because you didn't care if I stayed home or not. I remember being self-conscious of my report card, I was scared to let other kids see it, and even more scared when there were parent teacher conferences. I thought I was going to ~~se~~ get in trouble all the time. A parent is supposed to be there for their kids with school, help them with their homework and study for tests. To make sure they don't miss too much school and always have a lunch and are well dressed and bathed. I didn't have these things. I hated going to school everyday.

I remember as I got older I spent a lot of time at grandma Betties house. I am so thankful for her, she always made me feel special and loved. I loved being with her and being at her house, but I often remember thinking why I was there so much and why my mom wasn't ~~around~~ around much. I remember wondering if I did something wrong, so once again I felt unwanted and unloved. When we lived on 6th street I remember being pretty much on my own to fend for myself for getting off to school, and making dinner for myself. Once again leaving me with the feeling of being alone. I didn't have many friends and the ones I had wheren't great kids, I hung around other kids that didn't have much or were also left alone a lot too. This was about the time when I finally had enough I was tired of living my life this way, tired of missing out on being a kid and having a better life, so I made the decision to move to Dad's House.

I think it was the best choice I could have made, but then when I was 13 you were gone again. I couldn't see you or talk to you as often as I wanted too! This is very hard on me because I was Landon's now age. I was safe, loved, and had great things at Dad's house, but I still missed my mom, I missed you being apart of

over →

my life and sharing things with you. We were still close for so long it hurt not having you be an active part of my life anymore. This is what hurts me the most with my boys, I'm hoping so badly that I'm not messing them up now or their futures. I know they both have love and support still from their moms, but I know how it feels to suddenly lose a parent for an extended period of time. I just pray they will be ok and they know that I am still here for them and I love them so much.

After you got back from NY things got much better, you met Charlie and everyone was happy. We used to do things together as a family and he even did a lot of things with me. I know he had his own struggles in life but he was a good man and a good father figure to me. I suspect you have many of the same bad qualities as I do, getting lonely and feeling unloved. I believe this is what led to you becoming an alcoholic a few years after you were clean from drugs. You never told me about your time in NY, but I'm wondering if you ~~they~~ ever fully healed yourself from your childhood and past experiences.

Once again when you were heavy into drinking I had to step up and take care of things. I was so embarrassed at Rachel's wedding, even among my own family. I knew most of them understood what was going on but I was embarrassed for me and for you. I felt like I had to babysit you and I'm sorry to say I was ashamed to be around you. I'm so sorry mom, I shouldn't have felt that way. I was just starting my relationship with Tara, and I didn't want her to know what was going on. I didn't know who else to turn to for advice. I was hoping it wasn't real! One of the hardest things I've had to do was drop you off at rehab. I remember driving you there, I was so scared, so upset, so angry. I didn't understand at all. I remember dropping you off, I was shaking so bad because I didn't know what to expect. I didn't want to have to say goodbye to you again, but I knew it was what you needed. I fought back the tears as I said goodbye

⑦

Seeing you in that horrible state, wishing for you to get better! I got into my car and drove home. I don't think I made it down the street before I started to cry like a baby. I was so sad and upset, and worst of all I didn't have anyone to turn to for help and support. I didn't want to let on how hurt I was, I was embarssed to talk to Tara, and I didn't want anyone to think negitively about you. So I did what I always did, I buried my feelings and put up a fake front of being happy and ok.

When you got out I was so happy and hopeful things would be ok, I was glad to have you part of, Tara and my family and I was so excited to share the news of you having a grandson. I couldn't wait to tell you! I loved being close with you again, going out to family dinners and being close. When Tara and I started having problems, I know I could turn to you for love and support and you did just that. But I was ashamed that I couldn't keep it together, I didn't want to ask for help, I never liked asking for help, I wanted to do it all on my own. I've seen you and dad fail at so many relationships, I didn't want to admit mine failed also, I was so hurt because I loved my family and I loved Tara very much.

When I met Michelle I fell in love with her very quickly. She was "perfect". Don't get me wrong, she was/is a great person, but neither of us were great communicators. Since I fell so hard for her, I put her happiness above everything else. She came from a very different family style, there wasn't much love or involvment in her family, so she struggled with your personality type. Once again I put her happiness first in fear I would lose her or have another failed relationship. I just wanted to be loved! I began to slowly distance myself from you, and shield Michelle from you, especially on day's you were at home and she was working from home. It was easier for me to push you away then make her unhappy. I am so very very very sorry for that! I deeply regret it with all my heart and I'm sorry for letting

over →



it happen. I look at your and Tara's relationship and it makes me happy to see how close you are and how much you love each other. That's the way a mother-in-law and daughter-in-law are supposed to be. Seeing it now makes me love you and her that much more. Maybe Michelle saw that too and it drove her further from Tara and you. I knew it bothered her a few times that you were still so close to Tara. I know it bothered her I was still friendly and close with Tara, because she never had any experience with that, with her parents divorce or Kenzie's Dad. Michelle recently admitted to me, that she was hurt because I didn't include her enough with Landon, like with decisions about him, or on his homecoming nights to come down to the field and greet him with me. This was my fault, I should have included her more, but I was worried about hurting Tara's feelings. I took that from Michelle and I'm sorry.

 Once again I am not blaming you for anything. I am completely understanding of why and how everything happened. I am thankful for this whole experience for a number of reasons, but one is for sure, realising what you went through and being able to one day fix our relationship to what it was in the past, and even better, we now have another common bond. Please don't feel guilty about anything. This wasn't for me to make you feel badly, it was for me to let it all out and heal. It's been very emotional to write it, but it felt good to be able to talk about it.

 You didn't ruin my childhood, I could probably write 8 pages of the good times we had. I think the biggest take-aways are; I spent a lot of my childhood scared, feeling alone, and bounced around leaving me feel unloved. Looking at my past relationships, I've tended to go to people that I could help, or somehow make complete. I wouldn't change any of them. I feel like I missed out on being a kid and had to grow up too quickly. I never knew how to express my feelings as I was afraid of hurting someone or ashamed of how I felt. Looking at my recent depression, these feelings of being lonely and unloved where the primary

⑨

cause of my depression. I felt guilty for having these feelings, because an outsider would look at my life and think I was crazy, would could he possibly be depressed about. I just became numb to it all, and often felt like I was unworthy of being loved. My biggest fear in life was always that I was going to end up alone, with no one to love me. If I'm being honest I still have that worry. I don't feel like I'm unloved any more, I have begun to love myself and know that I'm worthy of love. I do feel like because of my charges that the world is going to look at me like a monster, and no one will be willing to give me a chance and love me. I am continuing to work on that aspect of my emotions, but it scares me.

    I love you very much! I pray that no child should ever have to feel scared, alone, or unloved. I pray that every child should be happy and have a chance to be a kid. I know things could have been worse for me, and I'm glad that you have always shown me love and affection. I'm scared to death that my kids will have lasting effects from this into their adult lives. I don't want them to feel like I abandon them, or that I don't love them. I worry more about Parker, especially not being able to talk to him as much as Landon. I pray every day for a miracle that will get me home sooner, just so it doesn't hurt my kids anymore then I already have. Thank-you for giving me the chance to let this all out, I do feel much better. My next letter will be from the dad in me, to my younger inner child, and explain to him that he is loved, he is cared for, and I'm here to comfort his worries and he shouldn't be scared anymore.

    I've never told a single person in the whole world any of this! I didn't even know I had these feelings and memories, or how bad they hurt until I started digging through them. I'm so glad I did. It's up to you if you want to share this letter with anyone else or not. I think it would give better understanding to

over →

anyone who knows me or is confused how I of all people could end up this way. I have no more shame of my feelings from my childhood and I'm working on releasing the shame I feel from my charges and what brought me here. That is going to be the most difficult of everything. I know most of my family and GOD has forgiven me, and I've even forgiven myself, but I still feel some guilt and shame. I know if I keep working on it, I will be able to get passed it, but I am a work in progress and It will take time! Like I said I will let it up to you who you share this with, since it involves a lot of your past and struggles. I think at the very least, Dad should have an idea of what I went through, but I won't say anything unless you are ok with it. Please keep this letter around forever so if I ever need it again in the future I can look back on it. I will send you the letter to myself when I finish it.

Thank you again for letting me do this, Thank you again for being my mom. I wouldn't change anything about the past other then dealing with my emotions and feelings so much sooner, including up until I ended up here. I no longer will keep my feelings inside and will be an open book! I love you so much, more then words can describe, and I look foward to rebuilding our relationship as soon as I get home. I look forward to spending more time with you, I just hope it isn't too far into the future, and I pray for your health until I get out!

I LOVE YOU!

Love, Stephen