Robert Kline

▮▮▮▮▮▮▮▮

Reading, PA 1960

Date: January 5th, 2026

**RE: Character Reference Letter for Stephen Kline ID: 58284**

Dear Judge. Lainbertt:

    I am writing to you as a character reference for Stephen Kline who is currently before your court.

    I am currently retired after working 44 years in the commercial food service industry. Throughout my years as his father, Stephen has consistently exhibited a character of integrity through his actions and contributions.

Stephen is a caring, kind, compassionate, respectful individual who would help anyone.

I can remember a time when working side by side on one of Stephens' many projects, a neighbor asked if he could help them with a problem they were experiencing, Stephen was quick to drop everything and help them, that was just the type of individual he is.

    Stephen is truly a dedicated father to his two sons L▮▮▮ who is 13 and P▮▮▮ who is 6. He has been their moral support, helping with homework, coaching their basketball and football teams. Taking them boating and on fishing trips. Stephen was a great husband and always put his family first. He is a wonderful son to me, caring, loving and always there to help me out or give me advice.

    It is my sincere hope that you take this letter into consideration. Understanding the serious nature of these charges, it's important to consider how the sentencing could impact Stephen's future with his sons and family.

I know that Stephen is extremely remorseful for what he has done.

    I'm convinced that Stephen will view this situation as an opportunity for personal growth. During his time incarcerated, Stephan has completed courses for his betterment, not only participated in bible studies, but also taught some classes. Also, he has taken a job to help show what type of individual he is.

    Thank you so much for taking the time to read this letter. Please contact me anytime at ▮▮▮▮▮▮▮▮ or email me at ▮▮▮▮▮▮▮▮ if you require any information.

Sincerely,

*Robert Kline* (signature)

Robert Kline

Barbara Kline

███████████

Reading, PA 1960
Date: January 5th, 2026

RE: Character Reference Letter for Stephen Kline ID: 58284

Dear Judge, Lainberth:

I am writing to you as a character reference for Stephen Kline who is currently before your court. My name is Barbara Kline, and I have known Stephen Kline for 25 years. I'm his Stepmother and friend for life. I work at Enersys Corporation as a Client Support Representative. He is not my blood son, but I believe in him, and I'm honored to call him my son.

Throughout the time I have known Stephen Kline, I have found Stephen to be a person of integrity, kindness, and responsibility. From 15 years on to adulthood he has always helped people. His dedication as a father and a husband has gone beyond expectation. He has been there for his children not only through moral support and homework but being a great dad. It didn't matter what he had to do, but his family always came first. I have witnessed his commitment. He volunteered as a basketball coach for his 13-year son L████'s team. When the school was in desperate need of coaches he jumped in with very little knowledge of the game. He studied plays to help with the team. Always letting the team know they did a great job even if they lost a game. He preached that winning isn't everything that being a Team member and knowing that you gave your all is what really matters. Another time was helping a neighbor rebuild his deck. Since the time I have known Stephen, he has shown compassion for people and empathy that truly shined his personality. I know if I ever needed help, I could count on him.

I understand the seriousness of the charges against Stephen Kline, and I do not intend to minimize the gravity of the situation. However, I believe that this incident is not reflective of his true character. Stephen Kline has always demonstrated a willingness to learn from his mistakes and take responsibility for his actions.

Currently, I know Stephen is undergoing treatment at the prison and has joined a Bible Class. He has taught class a couple of times while incarcerated. He is extremely remorseful for what he did. I also know that he has gotten a job while in prison.

I respectfully ask that you consider this letter as a testament to Stephen Kline's character and his potential to contribute positively to society. I am confident that he will use this experience as an opportunity for growth and reflection.

Thank you for taking the time to read this letter. Please feel free to contact me at ██████ or ██████████████ if you require any further information.

Sincerely,

*Barbara Kline*
Barbara Kline

Your Honor,

My name is Tara Kline, and I am the mother of Stephen Kline's oldest son L███. I am writing this character letter about sharing my personal experience with Steve as a co-parent and as a father.

Over the past 13 years, Steve has not once missed being apart of L███'s life. It is longer than 13 years because he never missed anything with my daughter ( who I had prior to meeting Steve ) We both have gone to every practice and game that L███ has had for his 3 different sports. We have always had 50/50 split custody of our son. I never went for custody because of how I knew that Steve was such a great father. He is hands down, a wonderful father to his kids. He is very supportive and very present. He always did what he needed too, to make sure his kids were taken care of.

Since Steve has been in prison, I have observed a significant change in him, especially through his commitment to self-improvement, completing multiple courses, engaging in faith-based study and evening leading his bible study classes. Even though I always knew Steve was a smart and great guy, these changes just proved to the kind of human he is. I am not excusing his mistakes, but I do know he has the will to grow and be an even better father and individual. I know he has goals now, like helping other people who are going through the same situation. That is why God created us in the first place, to go through experiences and be the medicine for others. Even being in prison, he has maintained his relationship with his sons as we do not want this to affect them too much and I know he is putting in all the work right now is for himself and so that he wants to keep a positive consistent relationship with his sons and be a better role model for them.

I have witnessed Steve being a great friend to everyone that he has come in contact with, his coworkers and especially to his mom and dad. He and his dad are best friends. He is very close with his mom as well. He has a great support system surrounding him.

He has openly taken responsibility for his actions and understands the impact his choices have had on his family, especially his sons. Even in the very challenging environment that he is in, he continues to show up every day for his kids and family at home and to reflect and better himself.

Thank you so much for allowing me to speak on behalf of him and give you, my perspective.

Sincerely,

Tara Kline

Dear Judge, Lamberth,

My name is L⬛ K⬛ and I'm 13 years old. I will be writing this letter about my father Stephen Kline. My dad, my coach, and my hero have always been important to me. He shows he cares about me and wants me to succeed in life. He has taught me lessons about working hard to get what I want, and stuff doesn't come free and those who have stayed with me.

My father has made mistakes, but I know he can learn from this experience and become better as a human. He has talked countless times about making changes to be a better dad and person. I believe and know that he wants to do the right thing and change and improve his life. He has started by getting closer to God and by completely reading the bible. He is already better and I wouldn't ask for a new/different dad.

My dad loves my with all his heart and I love him too. Having my father present in my life matters more than anything to me. I hope he can keep improving himself and keep being for me in a loving and positive way.

Thank you for taking the time to read my letter and to consider my words.

Respectfully,



Dear Judge Lamberth,

I'm writing this letter in regard to Stephen Kline. My name is Rilee Lomnychuk and I was Steve's legal step daughter at one time. Since him and my mom's divorce. I have always looked at Steve as my step dad even if not on paper. I want you to know that although I'm not telling you what he did was good. I too agree there should be consequences for actions. But I think his ultimate of serving years in prison is maybe little bit extreme. Circling back, I was and always have been like a daughter to him, and him a father to me. I want to let you know that from the deepest root of my heart, I know Steve is the most genuine down to earth person you will ever meet. He would help any person in need, and has always done the most he can to support my now single mother and my younger brother L▮. Growing up, I had issues with my own father. He was present but not physically or emotionally present majority of the time. Steve stepped up for me. He was the man that taught me how to ride a bike, got my first little flip phone, showed me what a family life was supposed to look like and even showed me how to drive on his xbox driving stimulator. (although I don't actually remember driving it.) I will say, growing up as a younger female and into the stages of teenager with the hormones. I don't remember ever getting in a fight with him. A core memory is back when my mom and Steve got married, and he spun me all around the dance floor and always made sure I was smiling. Every photo, you'll see us three together happy. Shortly after my mom had my brother L▮. Not once was I pushed aside from either of parents as Steve always looked at me as his own. I always called him my "lovey" because he really was the most loving, caring, and kind person that was a part of my world. I'm not sure if this will be read aloud but he might even be able to tell you about our funny times watching "The Aristocats" or all our crazy Wii nights. I remember one day, my mom and I were driving, and he told me she was getting a divorce because they had lost the love they once shared. The only sign I saw, was then she started sleeping in either my or my brother's room. The news had come as a shock. As time went on, Steve always stayed in touch and made sure my mom, brother and I were always taken care of. I have never told Steve this, but I remember clear as day, the night Steve and Michelle got married, I was at my fathers and I balled my eyes out knowing that my once dad, was married to another woman.

L▮ is heavily into sports like football and basketball, which Steve even coached for the last year due to other parents not wanting to step up. Without a coach, there was nobody to run the team. While Seeing Steve at the games and practices or even my mom would drop L▮ off, he always gave me a huge squeeze and let me know he loves me and to always let him know if I ever need anything. I am completely heartbroken that my brother doesn't

have his dad at home with him. I would never of imagined Steve would one day be taken away from my brother. He's always been the best father when he could and always showed up for his son. Even Seeing him with his other son, p███. I pray this does not ruin L███ and P███s mental health and turn them into something he is not when he's older. I have since emailed with Steve a couple times and he has turned to God. Which is new for him. We all know that God is the closest to his servants that need the most help and will always be there. I know sitting before you, you see Stephen Kline that did this terrible thing, but to his family, we see a family man that is trying to start a new life and be a better, more present father to his kids and further himself in his awareness. I don't believe a man who is scared to go to the doctors or see a droplet of blood, should be in jail with killers and drug addicts. If there's any way you may see the light in his heart. Please let Steve come home and start his life over. Let him do any services for the states from home so he can be present in his son's lives. I've always thought, a daughter needs her father to be present in order to grow up and live a healthy, stable life. But it applies even more for a son needing a present father.

January 1, 2026

Richard J. Kline

████████████

Allentown, PA 18104-3460

RE: Character Reference Letter for Stephen Kline ID: 58284

Dear Judge Lamberth,

I am writing to you as a Character Reference for Stephen Kline who is sitting before your court regarding charges brought against him in case ID #58284. I am Stephen's Uncle by being brother of his father, Robert P. Kline.

I have known Stephen since birth and saw him grow from a little baby through adulthood. He had a difficult childhood as he saw his parents go through a divorce and subsequent relationships and marriages. He also saw his younger brother go through substance addiction and tragically die from an overdose, but was he was still able to see himself through the tough times.

Stephen unfortunately saw divorce himself, as he was married twice and had a son by each wife. That said, he has been a very good father to each of them, has been involved in their school activities and has always been there for his family. He has always been a good son for his mother and father, staying out of trouble and always being there when they needed him. He has always been instrumental in putting together family gatherings where everyone would be included. If I ever needed help with anything, he would always be there for me.

It goes without saying that I was shocked to hear of the charges that have been brought against him, as they are not consistent at all with his character.

I know that he has always taken responsibility for his actions and is truly remorseful for his actions and any damage that they have caused. Since his incarceration he has started to rehabilitate himself through treatment at the prison, Bible Classes, soul searching, and getting a job at the facility.

I respectfully ask that you take into consideration what I have stated in this letter as it relates to his character and potential to move on from his horrible lapse in good judgement and return to being a good father figure to his children and being a good person in general.

Thank you very much for taking the time to read this letter, and should you have any questions regarding its content, you can contact me at ▮▮▮▮▮ or email ▮▮▮▮▮.

Sincerely,

Richard J. Kline

David Soyster
<span style="background:black">████████</span>
Orefield, PA  18069

October 5, 2025

Judge Lamberth

Dear Judge Lamberth,

My name is David Soyster and I am writing to you about Stephen Kline.

I have worked with Steve for about 10 years. We work in the oil and gas industry. I am an engineer and Steve was a designer. Most recently, I was promoted to Mechanical Engineer Chief. Steve was my right hand man where he helped to manage the work load of the other designers and take care of the technical items for the software, such as pipe spec development in the software.

I traveled with Steve many times. He would help me take notes, make sketches and develop a piping plan to meet the client's objective. I assigned Steve the largest and most complex projects because he could do them with very little input from me. I could trust Steve to do the work to best of his ability.

Steve also helped me in design reviews. Specifically, Steve would walk the client through the 3D model, which allowed me to take notes and answer technical questions. He did this many times and I would receive positive feedback from clients.

The work we do often is not known to the general public, but if you have ever flown on the East Coast or put fuel in your car on the East Coast, there is a high probability that Steve worked on a facility somewhere along the path of the molecule that fills the plane or your vehicle. In other words, his work benefited society, even if he never got credit for it.

When I heard what happened (basic information, not everything), I was in disbelief. I thought for sure there must be some mistake because that is so out of character for Steve. I asked myself "How could this have happened?"

In your position, you see a lot of things that quite honestly, I hope I never see. Life can be hard and some people get depressed and make bad decisions. These bad decisions hurt themselves and others – this is the truth. I am not making excuses or ignoring what Steve did.

As you are evaluating Steve's case, may I ask that you consider a second chance? Let me provide some context for my request.

I don't know how well you know the Bible, but Paul was an Apostle that wrote the bulk of the New Testament. Before his conversion his name was Saul. He was zealous for the Jewish religion and persecuted the followers of Jesus. He even approved of the stoning of Stephen. His story can be found in Act. 9 (also Acts 26:12 – 23). That is just history, not my example of a second chance.

Paul had three (3) missionary journeys. In Acts 15:36 – 41, we read that Paul is getting ready to leave with Barnabas and Barnabas wants to take John, also called Mark. Paul disagrees because Mark left them on the previous trip. We are not given any details of what happened. Paul and Barnabas had such a

disagreement, they split and Paul continued his missionary journey with others while Barnabas took Mark to Cyprus.

So, Barnabas gives Mark a second chance. That is a nice story, but let's fast forward.

Paul continues his missionary trips, eventually goes to Rome and is in prison (house arrest) for two years (I think). During this time, at the end of his life, he writes letters to different churches and people. These are typically called the prison epistles.

Paul writes two (2) letters to Timothy. Timothy is a young preacher who studied under Paul. Look at II Timothy 4:11 "Luke alone is with me. Get Mark and bring him with you, for he is very useful to me for ministry."

In other words, Paul wanted nothing to do with Mark because he made a poor decision. Barnabas was willing to give Mark a second chance and spent time with Mark teaching and mentoring. After years, the Apostle Paul states the Mark is useful for ministry.

Mark is an example of someone being given a second chance and embracing the opportunity to make a change and a significant positive impact.

Steve needs a Barnabas to give him a second chance and provide mentoring, coaching, and accountability. Steve can make a positive influence and be a asset to society.

I am just asking for you to give this some consideration.

Sincerely,

David H. Soyster

To Judge Lamberth, 12/13/25

I am writing this letter for my former co-worker Steve Kline. I have known Steve for several years during which time we both worked for STV Energy Services / AED Energy Services. I am a professional engineer and was the Chief Mechanical Engineer for our company. Steve was one of the piping designers who I supervised in the Mechanical group. During the time that I have known Steve, I was consistently impressed by his dedication, professionalism, and outstanding work ethic. Steve was a key member of our group and always displayed great character while at work. Steve progressed to Lead Designer under my supervision due to his had work and excellent people skills. Steve always had a positive attitude and commitment to excellence. I always viewed and still view Steve as an outstanding worker and an outstanding person. I believe Steve still maintains his excellent character and that he will commit to making himself the best person he can be moving forward.

If you have any further questions, please feel free to contact me.

Sincerely,

Regan Allarie, Peng

**Shelli Peterson**

**From:** George Michael ▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, October 8, 2025 11:38 AM
**To:** Shelli Peterson
**Subject:** Steven Kline

[You don't often get email from ▮▮▮▮▮▮▮▮▮▮ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Ms. Peterson, about a week ago I went to get our mail and when I saw there was a letter addressed to me from Stephen Kline, with a return address from some jail in Warsaw, Virginia, I figured someone got my name or address wrong. It couldn't be Stevie. This had to be a very sick joke; until I started to read the letter. This was so out of character from the guy I know, or knew.
I'm at least 30-35 years older than Steve. I was working part time for a home builder when I first met Steve He was on summer break (I think) while attending U of Pittsburgh. I was semi retired and just trying to stay productive. He was a young guy, fun to work with, a little lazy but he came around. We made a pretty good team. We worked together for about 2-3, maybe 4 years then he went back to school. I ran into him a few times after that and by then he had landed a good job with an engineering firm, got married (I got invited to the wedding).
Years passed and we reconnected in February of this year for a few beers. We agreed to do it again when his work schedule permitted. He traveled as part of his job.
Then, I got the letter.
I don't know what he got himself mixed up in but, the guy I knew is better than this.

George Michael
Sent from my iPhone