edovo

**OFFICIAL TRANSCRIPT FOR:
STEPHEN KLINE**

Jul 18, 2025 - Jan 13, 2026
Northern Neck Regional Jail, VA

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 236 | 229 | 7 | 50 |

## 50 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| L.I.F.E. Addiction Recovery | This is a 40 lesson biblical approach to overcoming addictions of all types. Our approach is similar to Cognitive Behavioral Therapy. Our focus, however, is on the power of God to transform our thinking and beliefs... | **Time to pass:** 25 hr 36 min **Total time:** 25 hr 36 min | PASSED **Completed:** Sep 10, 2025 |
| The Freedom Fight Sex Addiction Recovery... | This program is biblically based, gospel centered and clinically informed to help you address the roots of your sex addiction so you can outgrow porn and live the life that God has for you. By completing this course you wi... | **Time to pass:** 16 hr 06 min **Total time:** 24 hr 60 min | PASSED **Completed:** Sep 27, 2025 |
| Preparing for Success After Prison (PSAP) Program | "Preparing for Success after Prison" is a transformative course led by Michael Santos, a formerly incarcerated individual and advocate for prison reforms. Inspired by the life of Frederick Douglass, the course emphasizes... | **Time to pass:** 20 hr 44 min **Total time:** 20 hr 44 min | PASSED **Completed:** Nov 19, 2025 |
| Radical Compassion Challenge | With our global health and economic crises, racial and social justice struggles, and cultural divisions on the rise, it can feel like there's little we can do about it. But is that really true? As Tara Brach says, "The medicine our... | **Time to pass:** 11 hr 44 min **Total time:** 11 hr 44 min | PASSED **Completed:** Nov 13, 2025 |
| Rising Strong: A Substance Use Recovery Course | Breaking free from substance use is a journey that's as unique as you are. Welcome to the course that's breaking the mold and setting you on your unique path to recovery. If you're tired of the same old methods tha... | **Time to pass:** 7 hr 58 min **Total time:** 9 hr 56 min | PASSED **Completed:** Oct 27, 2025 |
| 40 Days to Positive Change | An in-depth audio program for getting the daily support and structure you need to create life-affirming new habitsHow many times have you tried to build a positive new habit, only to end up falling short? If so, you... | **Time to pass:** 9 hr 34 min **Total time:** 9 hr 34 min | PASSED **Completed:** Oct 2, 2025 |
| PCPM-Wholistic Health Program © | The Wholistic Health Program © is evidence based and shows at least 90% of participants improve mental health and outlook on life scores through 10 exercises that address: 1) Detoxing physically and mentally, 2)... | **Time so far:** 7 hr 33 min | NEEDS IMPROVEMENT **Completed:** Jan 7, 2026 |

**STEPHEN's Learner ID:** 58284

edovo

**OFFICIAL TRANSCRIPT FOR:
STEPHEN KLINE**

Jul 18, 2025 - Jan 13, 2026
Northern Neck Regional Jail, VA

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| Romans | Countless salvation stories, maybe even your own, have started with truths found in the book of Romans. Perhaps it is because out of all the books of the Bible, Romans provides the fullest explanation of the Gospel. ... | **Time to pass:** 7 hr 30 min **Total time:** 7 hr 30 min | PASSED **Completed:** Dec 23, 2025 |
| Embodied Presence with Eckhart Tolle: A Journey for... | You've been through things that most people will never understand. But there's a place in you that those experiences can't touch; a stillness that's always been there, waiting. This course is here to help you reconne... | **Time to pass:** 7 hr 30 min **Total time:** 7 hr 30 min | PASSED **Completed:** Dec 6, 2025 |
| I'll Take the High Road | The road to heaven begins at the cross, the place where Jesus died to bring us to God. But as a believer, how do you measure your progress along the Christian pathway? How do you know you're growing in your... | **Time to pass:** 6 hr 56 min **Total time:** 6 hr 59 min | PASSED **Completed:** Nov 17, 2025 |
| One Step Away | A 10-Step educational series for inmates offers a powerful, unique message about the social difficulties of re-entry, along with a message of how to overcome those barriers coming from someone with real life... | **Time to pass:** 6 hr 34 min **Total time:** 6 hr 34 min | PASSED **Completed:** Oct 12, 2025 |
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between... | **Time to pass:** 6 hr 07 min **Total time:** 6 hr 07 min | PASSED **Completed:** Dec 10, 2025 |
| Parenting While Incarcerated | This course will teach you important tips to help you stay involved in your children's lives while in prison. You will hear from experts on how to best support your children during this difficult time. This course features Ann... | **Time to pass:** 5 hr 57 min **Total time:** 5 hr 57 min | PASSED **Completed:** Oct 2, 2025 |
| Critical Thinking | One second. That is all it takes to make a move you can't take back. One second of anger. One second of disrespect. One second where you react without thinking. In chess, one bad move costs you the game. I... | **Time to pass:** 5 hr 30 min **Total time:** 5 hr 30 min | PASSED **Completed:** Dec 18, 2025 |
| Peace Education Program - CL | A peaceful life means having a stress-free, secure, and calm life, where there is no fighting or conflict, and everything coexists in perfect harmony and freedom. Throughout this course, you will learn about ways to... | **Time to pass:** 5 hr 30 min **Total time:** 5 hr 30 min | PASSED **Completed:** Nov 29, 2025 |
| Mathew Walker Teaches the Science of Better Sleep | "Sleep is the elixir of life. It is the Swiss Army knife of health, and it is Mother Nature's best effort yet at immortality." — Dr. Matthew Walker Did you know that losing just one hour of sleep can raise your risk of a... | **Time to pass:** 5 hr 28 min **Total time:** 5 hr 28 min | PASSED **Completed:** Jan 8, 2026 |

Case 1:25-cr-00209-RCL   Document 28-5   Filed 02/02/26   Page 3 of 7

edovo

**OFFICIAL TRANSCRIPT FOR:
STEPHEN KLINE**

Jul 18, 2025 - Jan 13, 2026
Northern Neck Regional Jail, VA

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| Believer's Battle With Temptation | Temptation to sin is inevitable. But does that mean we can't have victory over it? Although every believer is targeted by evil and confronted with temptation that comes in many ways, understanding the principles in... | **Time to pass:** 4 hr 25 min **Total time:** 4 hr 25 min | PASSED **Completed:** Oct 8, 2025 |
| The Power of Mindfulness | An introduction to the Power of Mindfulness with former prisoner and founder of the Prison Mindfulness Institute Fleet Maull, Ph.D. Neuroscience research has shown that mindfulness practices can positively affect brain... | **Time to pass:** 4 hr 13 min **Total time:** 4 hr 13 min | PASSED **Completed:** Oct 5, 2025 |
| Dying to Self | There is a war raging within yourself. It is the battle against the flesh, the "old you" which is completely opposed to the Spirit's work in your life. In the book of Galatians, Paul teaches us that we are to crucify the... | **Time to pass:** 4 hr 13 min **Total time:** 4 hr 13 min | PASSED **Completed:** Oct 28, 2025 |
| Born to Win | The Bible pictures losers in many ways—as lost sheep, mug victims, lower-class citizens, frauds, and runaway kids, to mention just a few. But the Bible also contains the good news that God has provided a way to have a... | **Time to pass:** 3 hr 51 min **Total time:** 4 hr 02 min | PASSED **Completed:** Oct 9, 2025 |
| Discovering Bible Study | For a follower of Jesus Christ, learning to study the Bible is a life-changing skill. When we learn to study the Bible well, we gain the ability to understand God's truth while avoiding error, and we give the Spirit the opportunity t... | **Time to pass:** 3 hr 47 min **Total time:** 3 hr 47 min | PASSED **Completed:** Oct 6, 2025 |
| Acts | The Book of Acts tells us how the early church faced the challenge of taking the gospel to the world. It tells how the gospel made its way westward until at last it reached Rome. It is a book of people and places. You will find t... | **Time to pass:** 3 hr 44 min **Total time:** 3 hr 44 min | PASSED **Completed:** Dec 8, 2025 |
| God's Word is Truth | Can you trust the Bible? There are many voices raised against it. It's reliability, accuracy, authority, and inspiration have all been called into question. This course is designed to help you understand that the Bib... | **Time to pass:** 3 hr 24 min **Total time:** 3 hr 24 min | PASSED **Completed:** Oct 14, 2025 |
| Summary of the Bible | This course is for two kinds of people. First, it is for those who know little or nothing about the Bible, but who would like to become familiar with this Book of all books. For these people, this course gives a brief summary of... | **Time to pass:** 3 hr 14 min **Total time:** 3 hr 16 min | PASSED **Completed:** Nov 2, 2025 |
| A Guide Through the 12 Steps of Recovery | The purpose of this course is to allow you to reflect on the ways alcohol or substance use has affected your life. It provides educational material on the 12 steps of AA/NA as well as interactive reflective exercises. | **Time to pass:** 2 hr 56 min **Total time:** 2 hr 56 min | PASSED **Completed:** Oct 22, 2025 |

edovo

**OFFICIAL TRANSCRIPT FOR:
STEPHEN KLINE**

Jul 18, 2025 - Jan 13, 2026
Northern Neck Regional Jail, VA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Guide to Christian Growth | Your new life in Christ should change the way you think and talk and live. This study will help you see how being a Christian has an effect on every decision you must make in life. It will help you to show that your faith... | **Time to pass:** 2 hr 30 min  **Total time:** 2 hr 30 min | PASSED  **Completed:** Oct 17, 2025 |
| Doing Time With Jesus | A correspondence course entitled Born To Win first appeared in 1977. Since then it has been used in many prisons in the English-speaking world. We have no way of knowing how many have come to saving faith in... | **Time to pass:** 2 hr 27 min  **Total time:** 2 hr 27 min | PASSED  **Completed:** Sep 30, 2025 |
| Introduction to Stress Management | Whether it's figuring out how to pay the bills, finding a job, or taking care of your family, stress is a natural part of life. If stress is a natural part of life, why bother with stress management? First it's the right thing to do. But ... | **Time to pass:** 2 hr 10 min  **Total time:** 2 hr 10 min | PASSED  **Completed:** Oct 15, 2025 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: -Learn about positive qualities we all have, and how to identify them -Hear insight and... | **Time to pass:** 1 hr 59 min  **Total time:** 1 hr 59 min | PASSED  **Completed:** Oct 13, 2025 |
| Meditation with The Phoenix | Welcome to Meditation with The Phoenix! In this course, you will participate in 5 meditations that will serve as the building blocks for YOU to create a personal mindfulness practice. In each video, Bryce and Katy will lead you... | **Time to pass:** 1 hr 43 min  **Total time:** 1 hr 43 min | PASSED  **Completed:** Sep 15, 2025 |
| Developing Your Emotional Intelligence | Emotional intelligence can help you build effective relationships at work. Executive coach and organizational psychologist Gemma Roberts explains what emotional intelligence (EQ) is and why it's... | **Time to pass:** 1 hr 36 min  **Total time:** 1 hr 36 min | PASSED  **Completed:** Dec 13, 2025 |
| Apply Your Strengths from Shining Light | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving you the opportunity to: -Take an in-depth look at the... | **Time to pass:** 1 hr 36 min  **Total time:** 1 hr 36 min | PASSED  **Completed:** Oct 18, 2025 |
| Teach Your Story | How you communicate your story means the difference between being able to prevent others from taking a similar path to yours or having no impact at all. | **Time to pass:** 1 hr 22 min  **Total time:** 1 hr 22 min | PASSED  **Completed:** Jan 1, 2026 |
| How Can I ANCHOR Myself to the Present? | Does your mind often feel like an angry, stormy sea? Or is it so full it could burst? Or maybe it feels like it's on auto-pilot most days? In this course, we'll provide a few helpful strategies and techniques to help anchor your... | **Time to pass:** 1 hr 21 min  **Total time:** 1 hr 21 min | PASSED  **Completed:** Dec 24, 2025 |

**OFFICIAL TRANSCRIPT FOR:
STEPHEN KLINE**

Jul 18, 2025 - Jan 13, 2026
Northern Neck Regional Jail, VA

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | **Time to pass:** 1 hr 14 min **Total time:** 1 hr 14 min | PASSED **Completed:** Oct 3, 2025 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote... "I could not see myself making the progress I have made without this program. It was as if... | **Time to pass:** 1 hr 05 min **Total time:** 1 hr 05 min | PASSED **Completed:** Aug 27, 2025 |
| What You Value Fuels What You Do | This course asks you to examine your actions to discover your true values. Sometimes the things we say we value don't line up with our actions. This course gives you a chance to reflect on your values and explo... | **Time to pass:** 1 hr 02 min **Total time:** 1 hr 02 min | PASSED **Completed:** Dec 30, 2025 |
| Forgiving and Being Forgiven | Forgiving & Being Forgiven concisely presents what the Bible teaches about a crucial matter in every relationship—the need to forgive one another. The author sets this study in the context of some real-life experiences and... | **Time to pass:** 1 hr 02 min **Total time:** 1 hr 02 min | PASSED **Completed:** Sep 28, 2025 |
| Mended: From Brokenness to Healing | This course revolves around the empowering perspective of seeing the process of healing as a means to mend and strengthen ourselves. | **Time to pass:** 0 hr 60 min **Total time:** 0 hr 60 min | PASSED **Completed:** Dec 31, 2025 |
| Impact: Families & Addiction | A drug prevention course using the film "Son to Son" as its base. It focuses on several key themes and topics related to substance abuse prevention and awareness. "Son to Son" is a short film that explores... | **Time to pass:** 0 hr 59 min **Total time:** 0 hr 59 min | PASSED **Completed:** Nov 3, 2025 |
| Introduction to Forensic Peer Recovery Support Course | The forensic peer recovery support course shows how self-advocacy, personal agency, and peer support promote healing and successful reentry. Learners gain practical strategies to overcome barriers such as... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | PASSED **Completed:** Nov 16, 2025 |
| Conflict Resolution: Bringing Order to Disorder | This course will educate others on how to understand emotions, identify conflict, and learn effective problem-solving strategies. Participants will learn and utilize cognitive behavioral therapy techniques to identify... | **Time to pass:** 0 hr 41 min **Total time:** 0 hr 41 min | PASSED **Completed:** Nov 25, 2025 |
| Mapping My Life's Journey | What does the road of your life look like? Lots of potholes? Hills? Valleys? Interesting stops along the way? In this course, you will be afforded the opportunity to stop, reflect, and outline all of your life's experience... | **Time to pass:** 0 hr 40 min **Total time:** 0 hr 40 min | PASSED **Completed:** Dec 29, 2025 |

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
**STEPHEN KLINE**

Jul 18, 2025 - Jan 13, 2026
Northern Neck Regional Jail, VA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Mindful Prisons Program | The Mindful Prison Program is an 8-class course designed to support healing, resilience, and self-discovery through mindfulness. Developed by the Boundless Freedom Project and the Mindful Prison... | **Time to pass:** 0 hr 39 min  **Total time:** 0 hr 40 min | PASSED  **Completed:** Dec 20, 2025 |
| How Do I Change? | This course, developed by Prison Fellowship, will give you a brief overview of the process of change. It includes helpful information about why change is difficult and explores a process to rethink negative... | **Time to pass:** 0 hr 29 min  **Total time:** 0 hr 29 min | PASSED  **Completed:** Sep 10, 2025 |
| Managing My Emotions | Are you feeling mad? Happy? Frustrated? Fearful? Sad? The ability to recognize and manage emotions is an important skill in everyday situations and comes in handy when problematic or difficult events arise in you... | **Time to pass:** 0 hr 25 min  **Total time:** 0 hr 25 min | PASSED  **Completed:** Oct 22, 2025 |
| Managing My Emotions in My Relationships | Navigating relationships while managing your own emotions can be tough, but it's not impossible. We all have daily interactions with our friends, family members, acquaintances, or even those in authority that give us... | **Time to pass:** 0 hr 21 min  **Total time:** 0 hr 21 min | PASSED  **Completed:** Oct 21, 2025 |
| Make Your Listening Active | Huh? What did you say? What was that? When someone is not listening to you, it can be frustrating. You might have to repeat yourself, or worse just give up on the message all together. In this course, we'll explore the... | **Time to pass:** 0 hr 19 min  **Total time:** 0 hr 19 min | PASSED  **Completed:** Dec 26, 2025 |
| Career Exploration: Human Services | In this course you will learn about jobs in the field of Human Services. As you read, think about what jobs may be interesting to you. This course was created with in formation from the Department of Labor Job Profiles. | **Time to pass:** 0 hr 18 min  **Total time:** 0 hr 18 min | PASSED  **Completed:** Oct 5, 2025 |
| Getting Comfortable With Being Uncomfortable | Given a choice, most people avoid things that might make them uncomfortable. Sometimes, though, it's the situations that make us uncomfortable that can lead us to grow the most. Learning something new, practicing ... | **Time to pass:** 0 hr 12 min  **Total time:** 0 hr 12 min | PASSED  **Completed:** Sep 27, 2025 |

edovo

Case 1:25-cr-00209-RCL    Document 28-5    Filed 02/02/26    Page 7 of 7

**OFFICIAL TRANSCRIPT FOR:**
**STEPHEN KLINE**

Jul 18, 2025 - Jan 13, 2026
Northern Neck Regional Jail, VA

# Supplemental Learning - 7 hr 22 min

| Summary |
| --- |
| Listed below are the top **12** supplemental interactive learning items STEPHEN has spent time on. In addition, STEPHEN has engaged with **4 readings**, **69 learning videos**, and **7 audio recordings**. |

| Title | Time |
| --- | --- |
| Preach the Word | 4 hr 39 min |
| Donna Farhi Teaches Yoga Foundations | 1 hr 33 min |
| Plant My Feet on Higher Ground | 0 hr 17 min |
| Introduction to Reading Music (Genesis Bible Institute) | 0 hr 17 min |
| The Transformation Journey | 0 hr 10 min |
| The Empath's Survival Guide | 0 hr 08 min |
| Grow with Google: Write the Lyrics for a Song | 0 hr 08 min |
| Introduction to Songwriting (Genesis Bible Institute) | 0 hr 07 min |
| The Roadtrip Nation Experience | 0 hr 04 min |
| H.O.M.E. Healing Outreach to Men Everywhere | 0 hr 02 min |
| Books as Bridges for Parenting While Incarcerated | 0 hr 01 min |
| Genesis 1-12 | 0 hr 01 min |