

# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Mathew Walker Teaches the Science of Better Sleep

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 08, 2026

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

STEPHEN KLINE

FOR PARTICIPATING IN

PCPM-Wholistic Health Program ©

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion.

January 07, 2026

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Teach Your Story

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 01, 2026

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Mended: From Brokenness to Healing

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 31, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## What You Value Fuels What You Do

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 30, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Mapping My Life's Journey

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Make Your Listening Active

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 26, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

How Can I ANCHOR Myself to the Present?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 24, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Romans

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Mindful Prisons Program

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Critical Thinking

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Developing Your Emotional Intelligence

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Thinking for the Future - CBT

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Acts

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Embodied Presence with Eckhart Tolle: A Journey for Inner Freedom

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Peace Education Program - CL

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Conflict Resolution: Bringing Order to Disorder

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 25, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Preparing for Success After Prison (PSAP) Program

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## I'll Take the High Road

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Introduction to Forensic Peer Recovery Support Course

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 16, 2025

Date

*B. Hill*

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Radical Compassion Challenge

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Impact: Families & Addiction

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Summary of the Bible

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Dying to Self

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Rising Strong: A Substance Use Recovery Course

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## A Guide Through the 12 Steps of Recovery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Managing My Emotions

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Managing My Emotions in My Relationships

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Apply Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Guide to Christian Growth

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Introduction to Stress Management

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## God's Word is Truth

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Learn Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## One Step Away

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 12, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Born to Win

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 09, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Believer's Battle With Temptation

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Discovering Bible Study

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## The Power of Mindfulness

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Career Exploration: Human Services

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Job Seeking with a Criminal Record

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## 40 Days to Positive Change

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Parenting While Incarcerated

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Doing Time With Jesus

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 30, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Forgiving and Being Forgiven

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

The Freedom Fight Sex Addiction Recovery Program 2026

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Getting Comfortable With Being Uncomfortable

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

Meditation with The Phoenix

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## L.I.F.E. Addiction Recovery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## How Do I Change?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

September 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEPHEN KLINE

FOR SUCCESSFUL COMPLETION OF

## Houses of Healing: The Basics

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.